Airene Williamson, Esq
Nevada State Bar # 11594
WILLIAMSON LAW OFFICE, PLLC
420 S. Jones Blvd
Las Vegas, Nevada 89134
Tel: (702) 444-7711
Fax: (702) 444-7712
awilliamson@wlawoffice.com
Attorney for Defendant JUDILYN TAYAG

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada limited liability company, Plaintiff, vs. QUINTON BRITTON, an individual; MOIRA KAZIMIERSKI, an individual; JUDILYN TAYAG, an individual; Robert Baker, an individual ; JULIANA MARTINDARIANO, an individual; MELISSA LYNCH, an individual, and DOES 1- B | Case No.:   2:16-cv-924-GMN-NJK<br><br>STIPULATION TO EXTEND TIME TO DEFENDANT JUDILYN TAYAG TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN SEPTEMBER 02, 2016 |

Plaintiffs LHF PRODUCTIONS INC., a Nevada Limited liability company, ("Plaintiffs") and Defendant JUDILYN TAYAG,("Defendant"), through their counsel of record, stipulate as follows:

**RECITALS**

WHEREAS, Plaintiffs filed the First Amended Complaint in the above-captioned matter on July 21, 2016; WHEREAS, on or about August 1, 2016, Defendant was served with the summons and complaint;

WHEREAS, Defendant JUDILYN TAYAG, has requested an extension of time to respond

1

to the First Amended Complaint, from August 29, 2016, to September 02, 2016;

WHEREAS, Plaintiffs agreed to extend Defendant JUDILYN TAYAG, deadline to respond to the First Amended Complaint by September 02, 2016;

WHEREAS, in entering into this stipulation, Defendant JUDILYN TAYAG does not concede that process or service of process has been sufficient or effective and it reserves all rights it has to defend or object to Plaintiffs' claims, including defenses regarding service of process and personal jurisdiction;

WHEREAS, in entering into this stipulation, Plaintiffs also reserve all rights.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, that Defendant JUDILYN TAYAG, shall not be required to answer, move to dismiss or otherwise respond to Plaintiffs' First Amended Complaint until September 02, 2016.

DATED: August 29, 2016     RAINEY LEGAL GROUP, PLLC

By: */s/ Charles C. Rainey, Esq.*
Charles C Rainey, Esq.
Attorney for Plaintiff LHF Productions, Inc.

DATED: August 29, 2016     WILLIAMSON LAW OFFICE, PLLC

By: */s/Airene Williamson, Esq.*
Airene Williamson, Esq.
*Attorney for Petitioner/ Representative*

2

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Las Vegas, Nevada; my business address is Williamson Law Office, PLLC, 420 S. Jones Blvd, Las Vegas, NV 89134.

I hereby certify that the foregoing **STIPULATION TO EXTEND TIME TO DEFENDANT JUDILYN TAYAG TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN SEPTEMBER 02, 2016** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all attorneys of record in this action.

Executed on **August 29, 2016**, at Los Angeles, California.

/s/ Anita M. Montoya
Anita M. Montoya
Williamson Law Office, PLLC

IT IS SO ORDERED.
Dated: October 20, 2016

NANCY J. KOPPE
United States Magistrate Judge

3