# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUINTON BRITTON, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-cv-00924-GMN-NJK <br><br> ORDER |

On September 2, 2016, a motion to dismiss was filed. Docket No. 11. A joint proposed discovery plan was therefore due no later than October 17, 2016. *Id.*; *see also* LR 26-1(a). To date, no stipulated discovery plan has been filed. *See* Docket. The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than October 31, 2016.

IT IS SO ORDERED.

DATED: October 24, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge