# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | |
| Plaintiff(s), | Case No. 2:16-cv-00924-GMN-NJK |
| vs. | ORDER |
| QUINTON BRITTON, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 28. The dates in the proposed discovery plan exceed the presumptively reasonable time limits set forth in the Local Rules by approximately six months. *See* LR 26-1(b). Additionally, if the parties need extra time for discovery, they must request special scheduling review and explain why longer or different time periods should apply to the case. *See* LR 26-1(a). Finally, the plan does not contain a certification that the parties discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. *See* LR 26-1(b)(9).

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 28). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than November 4, 2016.

IT IS SO ORDERED.

DATED: October 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge