UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., ) | |
| ) | Case No. 2:16-cv-00924-GMN-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MOIRA KAZIMIERSKI, et al., ) | (Docket No. 37) |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff filed a notice of service of discovery requests upon Defendant Tayag. Docket No. 37. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 37 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge