CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MOIRA KAZIMIERSKI, an individual; JUDILYN TAYAG, an individual; ROBERT BAKER, an individual; and DOES 1 – 6, <br><br> Defendants | Case No.: 2:16-cv-924-GMN-NJK |

## STIPULATION AND CONFESSION OF JUDGMENT

**COMES NOW** Plaintiff LHF PRODUCTIONS, INC. and Defendant JUDILYN TAYAG, by and through their respective counsel of record, and hereby stipulate and agree that judgment shall be entered against Defendant JUDILYN TAYAG in the amount of SIX THOUSAND DOLLARS (USD$6,000.00) as full and final resolution of all claims brought by Plaintiff against Defendant JUDILYN TAYAG in the present case. Furthermore, to the extent

HAMRICK & EVANS LLP

that Defendant JUDILYN TAYAG has raised any counter-claims or other claims or causes of action against the Plaintiff in the present case of any kind whatsoever, such claims are hereby dismissed.

**IT IS SO ORDERED.**
Dated ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

March 17, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

*Respectfully Submitted by:*

 /s/ Charles C. Rainey            
Charles C. Rainey, Esq. (NV Bar. 10723)
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, NV 89128
crainey@hamricklaw.com
Phone: +1 (702) 425-5100
*Attorney for Plaintiff*

 /s/ Airene Williamson            
Airene Williamson, Esq. (NV Bar. 11594)
WILLIAMSON LAW OFFICE
420 S. Jones Blvd.
Las Vegas, Nevada 89134
awilliamson@wlawoffice.com
Phone: +1 (702) 444-7711
*Attorney for Defendant Judilyn Tayag*

*Further Acknowledged and Agreed to by:*

 /s/ Judilyn Tayag            
Judilyn Tayag, *Defendant*

HAMRICK & EVANS LLP